# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| KAY LARA, | ) | |
| | ) | |
| Plaintiff, | ) | 6:13-cv-2009-LRR-JSS |
| | ) | |
| v. | ) | Judge Reade |
| | ) | Magistrate Judge Scoles |
| WELTMAN, WEINBERG & REIS, CO., LPA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, KAY LARA, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

> Respectfully submitted,
> **KAY LARA**
>
> By:   s/ William P. Petsche
>         Attorney for Plaintiff

Dated: June 20, 2013

William P. Petsche  (AT0011240)
SMITHMARCO, P.C.
205 N. Michigan Ave., Suite 2940
Chicago, IL 60601
Direct Dial:   (515) 418-9321
Facsimile:     (888) 418-1277
E-Mail:        wpetsche@smithmarco.com